# UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEREMY MAYORAL ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:24-cv-04699 |
| ) | |
| McGRATH CITY HYUNDAI, INC., ) | |
| ETHOS GROUP, INC., ) | |
| McGRATH AUTOMOTIVE, ) | |
| INC. and KEVIN CURTIS ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 26, 2024 Minute Entry (ECF No. 21), counsel for Defendant, McGrath City Hyundai, Inc., ("McGrath City") and McGrath Automotive, Inc. ("McGrath Auto"); counsel for Defendant Ethos Group Inc. ("Ethos") and counsel for Plaintiff Jeremy Mayoral ("Mayoral") submit this Joint Status Report:

Defendants, McGrath City, McGrath Auto, and Ethos have submitted their Initial Disclosures and served their initial Discovery Requests. Plaintiff is continuing efforts to serve Defendant Curtis.

Dated: September 27, 2024              Respectfully submitted,

| | |
|---|---|
| */s/ Lynne. M. Mueller* | */s/ Molly M. Jones*    (with permission) |
| Lynne M. Mueller | Molly M. Jones (Pro Hac Vice - Lead) |
| ARDC: 6208852 | Texas State Bar No. 24100271 |
| **Attorney for Defendants, McGrath City** | Shelby M. Broaddus (Pro Hac Vice) |
| **Hyundai, Inc. and McGrath Automotive,** | Texas State Bar No. 24096209 |
| **Inc.Litchfield Cavo LLP** | **Attorneys for Defendant, Ethos Group,** |
| 303 West Madison Street, Suite 300 | **Inc.Wick Phillips Gould & Martin, LLP** |
| Chicago, IL 60606 | 3131 McKinney Avenue, Suite 500 |
| 414-488-1837 | Dallas, TX 75204 |
| Fax: 414-875-3331 | 214-692-6200 |
| mueller@litchfieldcavo.com | Fax: 214-692-6255 |
| | molly.jones@wickphillips.com |
| | Shelby.broaddus@wickphillips.com |

and

| | |
|---|---|
| */s/ Ethan G. Zelizer     (with permission)*<br>Ethan G. Zelizer (Lead)<br>Illinois Bar:  6280096<br>**Attorney for Plaintiff**<br>**HR Law Counsel**<br>29 South Webster Street, Suite 350-C<br>Naperville, IL 60540<br>630-551-8374<br>ethan@hrlawcounsel.com | |