UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY MAYORAL, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 24-4699 |
| | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | |
| | ) | |
| MCGRATH CITY HYUNDAI, INC., et al, | ) | |
| | ) | |
| DEFENDANTS. | | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLY**

Plaintiff files this Motion for entry of an Order extending Plaintiff's time to comply with the Court's October 1, 2024, Order (docket #23) through and including October 11, 2024. In support of its Motion, Plaintiff states as follows:

1. The Court issued an Order on October 1, 2024, requiring Plaintiff to issue disclosures and written discovery to Defendants.

2. Plaintiff's counsel, HR LAW COUNSEL, was closed since September 28, 2024, due to illness.

3. Plaintiff's counsel was unable to comply with the Court's October 1, 2024, Order due to an acute medical issue.

4. Plaintiff's counsel contacted Defendant's counsel yesterday regarding this matter, but did not receive a response prior to filing.

5. The short extension requested by Plaintiff is for good cause and will not unduly delay this litigation.

1

| | |
|---|---|
| DATED: October 7, 2024 | Respectfully Submitted, |
| | By: /s/ Ethan G. Zelizer |
| | Attorney for Plaintiff |

Ethan Zelizer
HR Law Counsel, LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
Tel: 630.551.8374
ethan@hrlawcounsel.com

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on October 7, 2024, he served the foregoing upon the following via electronic mail:

      Molly M. Jones    molly.jones@wickphillips.com, jaime.olson@wickphillips.com, julie.stackhaus@wickphillips.com

      Shelby M Broaddus    jaime.olson@wickphillips.com, shelby.broaddus@wickphillips.com

      Jonathan William Garlough    jgarlough@foley.com

      Lynne Marie Mueller    durovka@litchfieldcavo.com, mueller@litchfieldcavo.com

Attorneys for Defendants.

On this same day, this Certificate of Service was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participant(s).

Respectfully submitted,

/s/ Ethan G. Zelizer
Attorney for the Plaintiff