UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY MAYORAL, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 24-4699 |
| | ) | |
| | ) | Hon. Edmond E. Chang |
| v. | ) | |
| | ) | |
| MCGRATH CITY HYUNDAI, INC., et al, | ) | |
| | ) | |
| DEFENDANTS. | | |

**PLAINTIFF'S STATUS REPORT AND MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANT KEVIN CURTIS**

Plaintiff files this Status report and Motion for entry of an Order extending Plaintiff's time to comply with the Court's October 1, 2024, Order (docket #23) regarding service on Defendant, Kevin Curtis, through and including October 31, 2024. In support of his Report and Motion, Plaintiff states as follows:

1. Pursuant to the Court's Order, Plaintiff confirms that written discovery and initial disclosures were received by Defendants' counsel. Regarding service on Defendant Curtis, Plaintiff states the following:

2. On June 10, 2024, Plaintiff received Waivers of Service from all Defendants except Kevin Curtis.

3. On June 12, 204, Plaintiff's counsel inquired with the McGrath Defendants' counsel about whether she represented Curtis and whether Curtis would waive service. The McGrath Defendants' Counsel responded that same day with "checking now."

4. Having not received a response, on June 26, 2024, Plaintiff's counsel again inquired with the McGrath Defendants' counsel about whether she represented Curtis and whether Curtis

1

would waive service. Later that day, the McGrath Defendants' counsel stated: "Hi Ethan, I have been authorized to defend Curtis and am just awaiting his approval to return the waiver of service." Plaintiff's counsel checked back in with opposing counsel the next day but received no response.

5. Plaintiff then followed-up again on July 16, 2024, requesting that opposing counsel send over the waiver of service. On July 17, 2024, opposing counsel responded, stating "I am having a difficult time reaching Curtis. I need his approval to sign the waiver and do not yet have it. Still working on it."

6. On or about August 23, 2024, opposing counsel alerted Plaintiff's counsel that she did not represent Defendant Curtis and that she could not waive service.

7. Plaintiff's counsel has attempted personal service on Curtis on four separate occasions: 8/26/24, 9/11/24, 9/25/24, and 10/9/24. Curtis has avoided all attempts at service. Plaintiff's counsel notes that Defendant Curtis was arrested and charged with felony battery this past summer and it is possible that he may be incarcerated.

8. For the aforementioned reasons, Plaintiff requests the Court Order the following relief:

   a. An extension up to and including October 31, 2024, to allow for alternative service on Kevin Curtis;

   b. Approval to attempt personal service at least one additional time;

   c. Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 735 ILCS 5/2-203.1, grant Plaintiff permission to issue alternative service of the summons and operative complaint on Mr. Curtis through the combination of the following methods: (a) mailing a copy of the summons and complaint in a sealed envelope with postage fully prepaid via regular and certified, return receipt requested mail addressed to Curtis at

his residence; and (b) posting service by publication to provide Curtis of the pendency of the action and afford him an opportunity to respond.

DATED: October 14, 2024  Respectfully Submitted,

By: /s/ Ethan G. Zelizer

Attorney for Plaintiff

Ethan Zelizer
HR Law Counsel, LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
Tel: 630.551.8374
ethan@hrlawcounsel.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 14, 2024, he served the foregoing upon the following via electronic mail pursuant to the Court's ECF system:

Molly M. Jones     molly.jones@wickphillips.com, jaime.olson@wickphillips.com, julie.stackhaus@wickphillips.com

Shelby M Broaddus     jaime.olson@wickphillips.com, shelby.broaddus@wickphillips.com

Jonathan William Garlough     jgarlough@foley.com

Lynne Marie Mueller     durovka@litchfieldcavo.com, mueller@litchfieldcavo.com

Attorneys for Defendants.

Respectfully submitted,

/s/ Ethan G. Zelizer
Attorney for the Plaintiff