UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **JEREMY MAYORAL** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**MCGRATH CITY HYUNDAI, INC., ETHOS GROUP** )<br>**COMPLIANCE SOLUTIONS, LLC, MCGRATH** )<br>**AUTOMOTIVE, INC., KEVIN CURTIS** )<br>)<br>*Defendant* | Civil Action No. 1:24-cv-04699 |

## AFFIDAVIT OF SERVICE

I, Dan Shaltiel, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Kevin Curtis in Lake County, IL on November 2, 2024 at 1:23 pm at 403 E Lake Ave, Round Lake Beach, IL 60073 by leaving the documents at the usual place of abode of Kevin Curtis with Tim Dawson while explaining the contents therein who is the Cousin including co-habitant of Kevin Curtis, resides with Kevin Curtis and is 13 years old or older.

Summons
Complaint
Complaint
Cover Sheet

Additional Description:
Cousin Tim opened door as I was leaving so I went back and he accepts papers for cousin Kevin. Said lady I spoke to yesterday is his mom He was expecting me . Confirms residency for self and cousin Kevin.  Had Long brownish blond hair I

White Male, est. age 18-24, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.3675509677,-88.0726434266
Photograph: See Exhibit 1

Total Cost: $375.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Lake County, IL on 11/6/2024.

/s/ *Dan Shaltiel*
Signature
Dan Shaltiel
+1 (847) 560-0449
Proof Illinois LLC
No. 117.001863



