# EXHIBIT D

| | |
|---|---|
| **From:** | Shelby Broaddus |
| **Sent:** | Thursday, November 14, 2024 3:14 PM |
| **To:** | Ethan Zelizer; John Liston |
| **Cc:** | Molly Jones; Mueller, Lynne; Durovka, Jennifer |
| **Subject:** | RE: [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al |

Counsel:

I wanted to follow up on a voicemail I just left your office. I am reaching out to confer on Plaintiff's overdue discovery responses. To date, we have still not received Plaintiff's discovery responses or corresponding document production. Please let me know your availability to discuss today or tomorrow.

**Shelby Broaddus**
Associate | Wick Phillips
Direct: 214.420.4093
shelby.broaddus@wickphillips.com

---

**From:** Shelby Broaddus <shelby.broaddus@wickphillips.com>
**Sent:** Thursday, November 7, 2024 2:41 PM
**To:** Ethan Zelizer <ethan@hrlawcounsel.com>; John Liston <john@hrlawcounsel.com>
**Cc:** Molly Jones <molly.jones@wickphillips.com>; Mueller, Lynne <mueller@litchfieldcavo.com>; Durovka, Jennifer <durovka@litchfieldcavo.com>
**Subject:** RE: [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al

Counsel:

We want to follow up again on Plaintiff's overdue responses to Ethos' discovery request. They are now over a month overdue. If Ethos does not receive Plaintiff's responses and corresponding document production by November 13, 2024, we plan to seek the court's intervention and file a motion to compel. Please feel free to reach out if you would like to discuss further.

**Shelby Broaddus**
Associate | Wick Phillips
Direct: 214.420.4093
shelby.broaddus@wickphillips.com

---

**From:** Molly Jones <molly.jones@wickphillips.com>
**Sent:** Monday, October 28, 2024 11:26 AM
**To:** Ethan Zelizer <ethan@hrlawcounsel.com>; Mueller, Lynne <mueller@litchfieldcavo.com>
**Cc:** Shelby Broaddus <shelby.broaddus@wickphillips.com>; Durovka, Jennifer <durovka@litchfieldcavo.com>; John Liston <john@hrlawcounsel.com>
**Subject:** RE: [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al

Counsel,

Following up again on Plaintiff's responses to Ethos' discovery served on Sept. 3, which are nearly a month overdue. When will Plaintiff be serving his discovery responses and documents?

**Molly Jones**
Partner | Wick Phillips
Direct: 214.740.4056
molly.jones@wickphillips.com

**From:** Molly Jones <molly.jones@wickphillips.com>
**Sent:** Monday, October 14, 2024 10:46 AM
**To:** Ethan Zelizer <ethan@hrlawcounsel.com>; Mueller, Lynne <mueller@litchfieldcavo.com>
**Cc:** Shelby Broaddus <shelby.broaddus@wickphillips.com>; Durovka, Jennifer <durovka@litchfieldcavo.com>; John Liston <john@hrlawcounsel.com>
**Subject:** RE: [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al

Received.

Plaintiff's responses to Ethos' discovery requests were due on October 3. Because the deadline to respond passed 11 days ago, any objections Plaintiff may had had to the discovery are waived. Please let us know when we can expect to receive Plaintiff's complete responses and requested documents.



**Molly Jones** | Partner
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Direct: 214.740.4056 | Fax: 214.692.6255
www.wickphillips.com



CELEBRATING 20 YEARS OF LAW WITH PURPOSE ® 2004-2024

**From:** Ethan Zelizer <ethan@hrlawcounsel.com>
**Sent:** Friday, October 11, 2024 8:32 PM
**To:** Mueller, Lynne <mueller@litchfieldcavo.com>; Molly Jones <molly.jones@wickphillips.com>
**Cc:** Shelby Broaddus <shelby.broaddus@wickphillips.com>; Durovka, Jennifer <durovka@litchfieldcavo.com>; John Liston <john@hrlawcounsel.com>
**Subject:** [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al

Counsel,

Attached, please find Plaintiff's written discovery to Defendants and Plaintiff's Initial Disclosures.

Respectfully,
Ethan

> Ethan G. Zelizer, Managing Partner
> HR LAW COUNSEL
> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone 630.566.0705 Facsimile

> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions

I prefer the pronouns he, him, and his.
The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

On Oct 7, 2024, at 6:18 PM, Ethan Zelizer <ethan@hrlawcounsel.com> wrote:

Counsel: Please let me know whether you oppose the attached motion for an extension of time to comply with the Court's 10/1/24 Order. I had to close my office these last two weeks due to COVID and complications therewith.

Thank you.
Respectfully,
Ethan

> Ethan G. Zelizer, Managing Partner
> HR LAW COUNSEL
> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone 630.566.0705 Facsimile
> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions
>
> I prefer the pronouns he, him, and his.
> The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

On Sep 27, 2024, at 12:03 PM, Ethan Zelizer <ethan@hrlawcounsel.com> wrote:

Yes, thank you.

Respectfully,
Ethan

> Ethan G. Zelizer, Managing Partner
> HR LAW COUNSEL
> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone 630.566.0705 Facsimile
> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions

I prefer the pronouns he, him, and his.
The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

> On Sep 27, 2024, at 11:26 AM, Mueller, Lynne <mueller@litchfieldcavo.com> wrote: