# EXHIBIT E

| | |
|---|---|
| **From:** | Ethan Zelizer <ethan@hrlawcounsel.com> |
| **Sent:** | Friday, October 11, 2024 8:32 PM |
| **To:** | Mueller, Lynne; Molly Jones |
| **Cc:** | Shelby Broaddus; Durovka, Jennifer; John Liston |
| **Subject:** | [External] Re: Case 1:24-cv-04699 Mayoral v. McGrath City Hyundai, Inc. et al |
| **Attachments:** | Mayoral - Initial Disclosures.pdf; Mayoral -- First Set of RFPs to Defendant.pdf; Mayoral -- First Set of ROGS to DefendanTS.pdf; Mayoral Motion for Extenion to Comply.docx |

Counsel,

Attached, please find Plaintiff's written discovery to Defendants and Plaintiff's Initial Disclosures.

Respectfully,
Ethan

> Ethan G. Zelizer, Managing Partner
> HR LAW COUNSEL
> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone  630.566.0705 Facsimile
> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions

I prefer the pronouns he, him, and his.
The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

On Oct 7, 2024, at 6:18 PM, Ethan Zelizer <ethan@hrlawcounsel.com> wrote:

Counsel: Please let me know whether you oppose the attached motion for an extension of time to comply with the Court's 10/1/24 Order. I had to close my office these last two weeks due to COVID and complications therewith.

Thank you.
Respectfully,
Ethan

> Ethan G. Zelizer, Managing Partner
> HR LAW COUNSEL
> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone 630.566.0705 Facsimile
> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions

I prefer the pronouns he, him, and his.
The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

> On Sep 27, 2024, at 12:03 PM, Ethan Zelizer <ethan@hrlawcounsel.com> wrote:
>
> Yes, thank you.
>
> Respectfully,
> Ethan
>
>> Ethan G. Zelizer, Managing Partner
>> HR LAW COUNSEL

2

> 29 South Webster Street, Suite 350C
> Naperville, IL 60540
>
> 630.551.8374 Phone 630.566.0705 Facsimile
> Email ethan@hrlawcounsel.com
> Executive Employment Law Solutions

I prefer the pronouns he, him, and his.

The information contained in this electronic mail message or its attachments is confidential and may be privileged or work product. This information is intended only for the use of the individual or entity addressee named above, and no waiver of privilege is intended. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, and any review, dissemination, distribution, or copying of the accompanying materials is strictly prohibited.

> On Sep 27, 2024, at 11:26 AM, Mueller, Lynne <mueller@litchfieldcavo.com> wrote: