UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY MAYORAL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:24-cv-4699 |
| MCGRATH CITY HYUNDAI, INC., an ) | |
| Illinois Corporation, ETHOS GROUP ) | |
| INC., a Texas Corporation, MCGRATH ) | |
| AUTOMOTIVE, INC., an Illinois ) | |
| Corporation, and KEVIN CURTIS, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's November 27, 2024 Minute Entry (ECF No. 30), counsel for Defendant, McGrath City Hyundai, Inc., ("McGrath City"), McGrath Automotive, Inc. ("McGrath Auto"), and Kevin Curtis ("Curtis") and counsel for Defendant Ethos Group Inc. ("Ethos") submit this Joint Status Report:[1]

Defendant Curtis filed his answer to Plaintiff's Original Complaint on November 22, 2024. (ECF No. 33).

Plaintiff has not yet provided his responses and corresponding document production to Ethos' First Requests for Production and First Set of Interrogatories. However, counsel for Defendants and counsel for Plaintiff have scheduled a call to confer on Ethos' Motion to Compel Plaintiff's Discovery Responses and Production for December 10, 2024. (ECF No. 31).

---

[1] While Plaintiff was initially involved in the preparation of the Joint Status Report, Plaintiff's counsel failed to respond to Ethos' attempts to finalize the joint status report for filing.

Dated: December 5, 2024          Respectfully submitted,

*/s/ Lynne M. Mueller* (with permission)
Lynne M. Mueller (Lead)
Illinois Bar No. 6208852
mueller@litchfieldcavo.com
**LITCHFIELD CAVO LLP**
250 East Wisconsin Avenue, Suite 800
Milwaukee, WI 53202
Telephone: (414) 488-1837

**ATTORNEY FOR DEFENDANTS MCGRATH CITY HYUNDAI, INC., MCGRATH AUTOMOTIVE, INC., AND KEVIN CURTIS**

*/s/ Shelby M. Broaddus*
Molly M. Jones (*Pro Hac Vice*) (Lead)
Texas State Bar No. 24100271
molly.jones@wickphillips.com
Shelby M. Broaddus (*Pro Hac Vice*)
Texas State Bar No. 24096209
shelby.broaddus@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone:    (214) 692-6200
Facsimile:     (214) 692-6255

-AND-

Jonathan W. Garlough
Illinois State Bar No. 6295597
jgarlough@foley.com
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone:    (312) 832-5702

**ATTORNEYS FOR DEFENDANT ETHOS GROUP COMPLIANCE SOLUTIONS LLC**

## **CERTIFICATE OF SERVICE**

      On December 5, 2024, the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. I hereby certify that all counsel of record have been served electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                                                */s/ Shelby M. Broaddus*
                                                Shelby M. Broaddus