**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JEREMY MAYORAL,**           ) | |
|              ) | |
|       **Plaintiff,**       ) | |
| **v.**                           ) | |
|              ) | **Civil Action No. 1:24-cv-4699** |
| **MCGRATH CITY HYUNDAI, INC., an**    ) | |
| **Illinois Corporation, ETHOS GROUP**    ) | |
| **INC., a Texas Corporation, MCGRATH**    ) | |
| **AUTOMOTIVE, INC., an Illinois**    ) | |
| **Corporation, and KEVIN CURTIS,**    ) | |
| **Individually,**              ) | |
|              ) | |
|       **Defendants.**       ) | |

**JOINT MOTION TO AMEND AGREED CASE DEADLINES**

Plaintiff Jeremy Mayoral ("Plaintiff") and Defendants McGrath City Hyundai, Inc.,

("McGrath City"), McGrath Automotive, Inc. ("McGrath Auto"), Kevin Curtis ("Curtis"), and

Ethos Group Inc. ("Ethos") (collectively, the "Parties"), by and through their undersigned counsel,

hereby jointly move the Court to amend the remaining agreed case deadlines. In support thereof,

the Parties state as follows:

1.　　On June 6, 2024, Plaintiff filed his Original Complaint wherein he asserted claims

for retaliation under Title VII, the Illinois Human Rights Act, Illinois common law, and the Illinois

Wage Payment and Collection Act. Plaintiff also asserts claims for negligent hiring and retention,

negligent supervision, willful and wanton hiring and retention, willful and wanton failure to

supervise, and intentional infliction of emotional distress. [Doc. #1].

2.　　On July 18, 2024, Plaintiff, McGrath City, McGrath Auto, and Ethos filed their

Initial Joint Status Report [Doc. #12] wherein they agreed to the following case deadlines:

      a.　Discovery: June 30, 2025.

      b.　Dispositive Motions: July 20, 2025.

3.      Curtis was served and answered Plaintiff's lawsuit thereafter on November 22, 2024. [Doc. #33].

4.      To date, the Parties have exchanged written discovery requests and responses.

5.      Regarding depositions, the Parties agreed Plaintiff could depose Defendant Kevin Curtis on June 17, 2025 and Defendants could depose Plaintiff on June 19, 2025. Ethos' counsel served a notice of Plaintiff's deposition for such date on May 19, 2025.

6.      However, on June 16, 2025, Plaintiff's counsel informed Defendants' counsel that he could no longer proceed with the scheduled depositions but offered availability to reschedule the depositions during the week of July 7, 2025.

7.      Accordingly, Ethos re-noticed Plaintiff's deposition for July 7, 2025. The Parties are diligently working to re-schedule Curtis' deposition on the first available date as well.

8.      The Parties require an extension of their previously agreed upon discovery and dispositive motion deadlines because key party depositions cannot be completed before the current agreed upon deadlines. Without the key party depositions, the Parties are unable to gather the remaining evidence necessary for productive settlement discussions, for potential dispositive motions, and/or for trial. Providing the additional time to depose Plaintiff and Curtis, will allow the Parties the opportunity to fully evaluate the merits of their claims and any defenses. It also would allow the Parties to better ascertain the likelihood of success of a potential dispositive motion and narrow down key evidence and testimony for a potential trial.

9.      Therefore, the Parties respectfully request the Court continue the above-mentioned deadlines by approximately sixty (60) days as set forth below:

      c.   <u>Discovery</u>: August 29, 2025.

      d.   <u>Dispositive Motions</u>: September 19, 2025.

10.     The Parties have conferred and agreed to the relief requested herein. This is the Parties' first request for a continuance of their agreed case deadlines. This joint motion is therefore made in good faith and not for purposes of delay, but so that full discovery in this case can take place and that justice may be done. The relief requested is reasonable and will not result in prejudice to the Parties as there is no current trial date.

11.     The Parties therefore respectfully request that the Court issue an Order reflecting the scheduling changes and continuance requested herein.  A proposed Order is filed herewith.

Dated: June 20, 2025                                    Respectfully submitted,


/s/ *Ethan G. Zelizer* (with permission)          /s/ *Lynne M. Mueller* (with permission)
Ethan G. Zelizer (Lead)                           Lynne M. Mueller (Lead)
Illinois State Bar No. 6280096                    Illinois Bar No. 6208852
ethan@hrlawcounsel.com                            mueller@litchfieldcavo.com
John M. Liston
Illinois State Bar No. 6309558                    **LITCHFIELD CAVO LLP**
john@hrlawcounsel.com                             250 East Wisconsin Avenue, Suite 800
                                                  Milwaukee, WI 53202
**HR LAW COUNSEL**                                Telephone: (414) 488-1837
29 S. Webster St., Suite 350-C
Naperville, Illinois 60540                        **ATTORNEY FOR DEFENDANTS MCGRATH**
Telephone: (630) 551-8374                         **CITY HYUNDAI, INC., MCGRATH**
                                                  **AUTOMOTIVE, INC., AND**
**ATTORNEY FOR PLAINTIFF**                        **KEVIN CURTIS**


                                                  /s/ *Shelby M. Broaddus*
                                                  Molly M. Jones (*Pro Hac Vice*) (Lead)
                                                  Texas State Bar No. 24100271
                                                  molly.jones@wickphillips.com
                                                  Shelby M. Broaddus (*Pro Hac Vice)*
                                                  Texas State Bar No. 24096209
                                                  shelby.broaddus@wickphillips.com

                                                  **WICK PHILLIPS GOULD & MARTIN, LLP**
                                                  3131 McKinney Avenue, Suite 500
                                                  Dallas, Texas 75204
                                                  Telephone:  (214) 692-6200
                                                  Facsimile:  (214) 692-6255

                                                  -AND-

                                                  Jonathan W. Garlough
                                                  Illinois State Bar No. 6295597
                                                  jgarlough@foley.com
                                                  **FOLEY & LARDNER LLP**
                                                  321 N. Clark Street, Suite 3000
                                                  Chicago, Illinois 60654
                                                  Telephone:  (312) 832-5702

                                                  **ATTORNEYS FOR DEFENDANT ETHOS**
                                                  **GROUP, INC.**

4

## CERTIFICATE OF SERVICE

On June 20, 2025, the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. I hereby certify that all counsel of record have been served electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Shelby M. Broaddus*
Shelby M. Broaddus