UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jeremy Mayoral
          Plaintiff,

v.                                                      Case No.: 1:24−cv−04699
                                                       Honorable Edmond E. Chang

McGrath City Hyundai, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing held on 12/9/25 and continued to 1/7/26 at 2:00 p.m. Plaintiff's counsel does not call in. Defense counsel reports on productive meet and confer efforts since the last hearing and requests a few more weeks to complete final fact discovery items. At the next status, the parties will report on the completion of fact discovery and any interest in settlement. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.